In the Matter of the Estate of STEPHEN M. RYDER, Deceased. NORMAN R. STILES et al., as Executors of STEPHEN M. RYDER, Deceased, Respondents; NATHALIN RYDER et al., Appellants.— Order affirmed, with $10 costs and disbursements. All concur. (The order denies a demand for a jury trial of the issues of fact.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

PHYLLIS DEAL, Appellant, v. ROBERT L. FLICK, Respondent.— Judgment and order affirmed, with costs. All concur. (The judgment is for defendant for no cause of action in an automobile negligence action. The order denies a motion for a new trial.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

THOMAS ROTUNDO, Respondent, v. FRANCIS INTERESTS, INC., Appellant.— Judgment and order of the Monroe County Court reversed on the law and facts and judgment of the Rochester City Court reinstated on the ground that in refusing to grant a mistrial the Rochester City Court Judge did not abuse his discretion; judgment and order of the Monroe County Court affirming an order of the Rochester City Court affirmed, without costs of these appeals to either party. All concur. (One order and judgment of Monroe County Court, O'CONNOR, J., reverse a judgment of the Rochester City Court, CULHANE, J., in favor of plaintiff and grant a new trial in an action for real estate commissions. The other order and judgment of Monroe County Court, O'CONNOR, J., affirm an order of the Rochester City Court, CULHANE, J., correcting the date of entry of judgment.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

LEONE G. REULE, Respondent, v. ALICE C. WING et al., Appellants, et al., Defendants.— Order affirmed, with $10 costs and disbursements. All concur. (The order denies a motion to dismiss the complaint in an action by an assignee to foreclose a mortgage.) Present — Taylor, P. J., McCurn, Larkin, Love and Kimball, JJ.

RICHARD APPIER, Respondent, v. GERTRUDE T. MILLION et al., a Partnership Doing Business under the Name of THORNTON COMPANY, et al., Appellants.— Judgment and order affirmed, with costs. 'All concur. (The judgment is for plaintiff in an action for damages for personal injuries alleged to have been sustained by plaintiff because of the explosion of oil pipes on defendants' property. The order denies a motion for a new trial.) Present — Taylor, P. J., McCurn, Larkin, Love and Kimball, JJ. [See *post*, p. 872.]

ELSIE V. SCHROHL et al., Respondents-Appellants, v. DONALD F. O'NEILL, Respondent, and TOWN OF IRONDEQUOIT, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiffs as against defendant town and dismisses plaintiffs' complaint as to defendant O'Neill, in a negligence action. The order denies a motion by defendant town for a new trial in the action against it and denies plaintiffs' motion for a new trial as to defendant O'Neill.) Present — Taylor, P. J., McCurn, Larkin, Love and Kimball, JJ. [See *post*, p. 869.]